# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00011-LMM-CCB
### USA v. Thompson et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 04/14/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 1:01 P.M. | COURT REPORTER: Montrell Vann |
| TIME COURT CONCLUDED: 1:36 P.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 00:35 | DEPUTY CLERK: Brittany Poley |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [6] Thomas D. Wilson Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Manciagli representing Thomas D. Wilson<br>Diane Schulman representing USA |
| PROCEEDING CATEGORY: | Change of Plea |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant was sworn and entered a guilty plea to count 8 of the Indictment. The Court accepted the plea as knowingly, voluntarily, and intelligently made. Sentencing is set for July 19, 2021 at 10:00 AM. The Court requires sentencing memorandum and any other information that a party wants the Court to consider in connection with the sentencing be submitted to the Court and served on opposing counsel 5 business days before the sentencing hearing. A party who intends to present evidence at the sentencing hearing shall advise the Court and opposing counsel of the identity of each witness and the estimated length of the testimony for each witness 3 business days before the sentencing hearing. It is not necessary that such notice be provided for general character witnesses. If the Government is seeking forfeiture, any proposed forfeiture order must be filed on CM/ECF 3 business days before the sentencing hearing. |
| HEARING STATUS: | Hearing Concluded |